IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BOB K. MUGO, | § | |
| | § | No. 694, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below – Superior Court |
| v. | § | of the State of Delaware, in |
| | § | and for New Castle County |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1310001662 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 16, 2015
Decided:    September 21, 2015

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## O R D E R

On this 21st day of September 2015, the Court having considered this matter on the briefs filed by the parties has determined that the Superior Court sentencing order should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned September 23, 2014 Opinion and Order.

NOW, THEREFORE IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice